SENIOR TECHNOLOGIES, INC.,
Plaintiff–Appellant,

v.

R.F. TECHNOLOGIES, INC.,
Defendant–Cross
Appellant.

Nos. 00–1089, 00–1090.

United States Court of Appeals,
Federal Circuit.

April 5, 2001.

Before CLEVENGER and BRYSON,
Circuit Judges.

ORDER

A petition for rehearing having been
filed by the APPELLANT, UPON
CONSIDERATION THEREOF, it is

ORDERED that the petition for rehear-
ing be, and the same hereby is, DENIED.

The mandate of the court will issue on April 12, 2001.